# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**888**

**CA 12-01800**

PRESENT: CENTRA, J.P., FAHEY, LINDLEY, SCONIERS, AND WHALEN, JJ.

---

KATHERINE ZUFALL, PLAINTIFF-RESPONDENT,

V                                          MEMORANDUM AND ORDER

KARL ZUFALL, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

JOAN WARREN, BUFFALO (JAMES P. RENDA OF COUNSEL), FOR
DEFENDANT-APPELLANT.

D.J. & J.A. CIRANDO, ESQS., SYRACUSE (ELIZABETH deV. MOELLER OF
COUNSEL), FOR PLAINTIFF-RESPONDENT.

---------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Wyoming County (Robert
C. Noonan, A.J.), entered May 23, 2012 in a divorce action. The order
directed defendant to pay a portion of plaintiff's attorney fees.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Same Memorandum as in *Zufall v Zufall* ([appeal No. 1] ___ AD3d
___ [Sept. 27, 2013]).

Entered:  September 27, 2013                    Frances E. Cafarell
                                                Clerk of the Court